UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------X
MEL HOWARD ACCESSORIES, CORP.,

                Plaintiff,

-against-

BUY4LESSTUXEDO.COM, INC.,

                Defendants.
--------------------------------X

O R D E R

CV-06-1982 (FB )

An initial conference will be held in the above-captioned case on September 12, 2006 at 3:30 P.M., before the Honorable Joan M. Azrack, United States Magistrate Judge, in **Room 1210S** at 225 Cadman Plaza East, Brooklyn, New York. In the event the complaint is answered before the above date and you would prefer a conference sooner, of if this case becomes eligible for Arbitration, please contact Magistrate Azrack's chambers at **718-613-2530**. All counsel must be present.

**<u>Plaintiff's counsel is requested to confirm that all necessary participants are aware of this conference</u>**. No request for adjournment will be considered unless made at least forty-eight (48) hours before the scheduled conference.

SO ORDERED.

Dated: Brooklyn, New York
       May 1, 2006

                                      JOAN M. AZRACK
                               UNITED STATES MAGISTRATE JUDGE